UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLE SCOTT,

            Plaintiff,

  - against -

UNITED CEREBRAL PALSY ASSOCIATIONS
OF NEW YORK STATE, INC.,

            Defendant.

22-cv-7427 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time to respond to the complaint is extended to **October 26, 2022**. If the defendant fails to respond by that date, the plaintiff may move by order to show cause for a default judgment by **November 10, 2022**. If the plaintiff fails to move for a default judgment by that date, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
            October 12, 2022

                                                John G. Koeltl
                                    United States District Judge