UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NICHOLE SCOTT,

                Plaintiff,

  - against -

UNITED CEREBRAL PALSY ASSOCIATIONS
OF NEW YORK STATE, INC.,

                Defendant.

22-cv-7427 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by November 10, 2022.

SO ORDERED.

Dated:   New York, New York
          October 27, 2022

                                    _____
                                       John G. Koeltl
                                  United States District Judge