# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**  
Email: abdul@abdulhassan.com  
*Employment and Labor Lawyer*

Tel: 718-740-1000  
Fax: 718-740-2000  
Web: www.abdulhassan.com

**January 13, 2023**

**Via ECF**

Hon. John G. Koeltl, USDJ  
United States District Court, SDNY  
500 Pearl Street, Courtroom: 12B  
New York, NY 10007-1312  
Tel: 212-805-0222

**Re: Scott v. United Cerebral Palsy Associations Of NYS, Inc.**  
**Case No. 22-CV-07427 (JGK)(SDA)**  
**Motion for Extension of Time**

Dear Judge Koeltl:

    My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief one-week extension of the January 13, 2023 deadline for the plaintiff to file a motion for settlement approval to January 20, 2023. This request is being made because some additional time is needed to obtain full execution of the settlement agreement and finalize the related submissions under *Cheeks*. No prior request for an extension of this deadline was made.

    We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan  
By: Abdul K. Hassan, Esq. (AH6510)  
*Counsel for Plaintiff*

**cc:**     **Defense Counsel via ECF**

APPLICATION GRANTED  
SO ORDERED

/s/ John G. Koeltl  
John G. Koeltl, U.S.D.J.

1/16/23